# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   vs.<br><br>JEREMY M. SORENSON,<br><br>       Defendant/Judgment Debtor,<br><br>   and<br><br>BUCKY'S INC.,<br><br>                      Garnishee. | NO. 3:18-mc-05019-BHS<br><br>(3:14-CR-5155-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Jeremy M. Sorenson, from Bucky's Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Bucky's Inc., whose address is Bucky's Inc., Attn: Payroll Department, 6201 S Tacoma Way, Tacoma, WA 98409.

//

DATED this 10th day of September, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
KERRY J. KEEFE, WSBA # 17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: kerry.keefe@usdoj.gov